IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA  73102

Date:  March 30, 2004

| | |
|---|---|
| THE ESTATE OF KENNETH MICHAEL TRENTADUE, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) ) Case No. CIV-97-849-F |
| UNITED STATES OF AMERICA, et al., | ) ) ) |
| Defendants. | ) |

ENTER ORDER:

The court is in receipt of Intervenors' Motion to Extend Scope of Authorized Use of Confidential Information, filed March 29, 2004 [dkt entry #1258].  Any objection to said motion shall be filed not later than April 6, 2004.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

                                                    Robert D. Dennis, Clerk

                                        By:_____s/ LORI GRAY_____
                                                      Deputy Clerk

cc:   all parties

97-0849p007.wpd