# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

KENNETH MICHAEL TRENTADUE, The Estate of by and through its Personal Representative Carmen Aguilar,

    Plaintiff-Appellee/Cross-Appellant,

and

CARMEN AGUILAR TRENTADUE, individually and as Personal Representative for the Estate of Kenneth Michael Trentadue and Guardian Ad Litem for Vito Miguel Trentadue; WILMA LOU TRENTADUE; JESSE JAMES TRENTADUE; DONNA TRENTADUE SWEENEY; LEE FREDERICK TRENTADUE; JESSE CARL TRENTADUE,

    Plaintiffs-Appellees,

v.

UNITED STATES OF AMERICA; DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF PRISONS; FEDERAL BUREAU OF INVESTIGATION,

    Defendants,

STUART LEE,

    Defendant-Appellant/Cross-Appellee,

KENNETH FREEMAN,

    Defendant-Cross-Appellee.

Nos. 01-6444 and 02-6037

A true copy
Teste
Patrick Fisher
Clerk, U. S. Court of Appeals, Tenth Circuit
By _____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Amicus Curiae.<br><br>---<br><br>KENNETH MICHAEL TRENTADUE, The Estate of by and through its Personal Representative Carmen Aguilar; CARMEN AGUILAR TRENTADUE, individually and as Personal Representative for the Estate of Kenneth Michael Trentadue and Guardian Ad Litem for Vito Miguel Trentadue; WILMA LOU TRENTADUE; JESSE JAMES TRENTADUE; DONNA TRENTADUE SWEENEY; LEE FREDERICK TRENTADUE; JESSE CARL TRENTADUE,<br><br>    Plaintiffs-Appellees/Cross - Appellants,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant-Appellant/Cross-Appellee,<br><br>and<br><br>DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF PRISONS; FEDERAL BUREAU OF INVESTIGATION; STUART LEE,<br><br>    Defendants. | Nos. 02-6030 and 02-6051 |

JUDGMENT

Filed February 3, 2005

Before **O'BRIEN**, Circuit Judge, **BROBRY**, Senior Circuit Judge, and **TYMKOVICH**, Circuit Judge.

This case originated in the Western District of Oklahoma and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the Western District of Oklahoma for further proceedings in accordance with the opinion of this court.

                                  Entered for the Court
                                  PATRICK FISHER, Clerk

                                  by *[signature]*
                                  Deputy Clerk

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Patrick J. Fisher, Jr.
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

February 11, 2005

Mr. Robert D. Dennis
Clerk
United States District Court for the W. District of Oklahoma
200 NW Fourth Street
Room 1210 United States Courthouse
Oklahoma City, OK 73102

Re: 01-6444, Trentadue v. Lee
02-6030, Trentadue v. United States
02-6037, Trentadue v. Lee
02-6051, Trentadue v. United States
Dist/Ag docket: 97-CV-849-F,

Dear Mr. Dennis:

Enclosed are a certified copy of the judgment and a copy of the opinion filed in these cases which are issued as the mandate of this court. See Fed. R. App. P. 41(a). Please file it in records of your court or agency.

Sincerely,

PATRICK FISHER
Clerk

By: Opal A. Carter
Deputy Clerk

PF:oac

cc: Robert D. Baron
Gloyd L. McCoy
Steven B. Snyder
Peter E. Schlossman
Stephen E. Handler
Michael E. Robinson
Robert S. Greenspan
Joe B. Reynolds
Bret S. Hayman
R. Scott Adams
Charles P. Sampson
Richard Scott Adams
Kenneth R. Nance
Barry W. Nance