# UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Patrick J. Fisher, Jr.
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

June 8, 2005

**To:** Clerk, U.S. District Court or Agency

**District: WOK**

**From:** Jennifer Clark
303-335-2978

**Agency:**

**Subject:** Record /Original File Return

**Shipped via:** UPS

The mandate(s) have issued in the appeal(s) listed below. Materials are being returned to you under cover of this letter. Please acknowledge receipt of the materials by receive stamping, dating, signing and returning this letter to our office.

| 10th Circuit Case Number | District Court Case Number | Short Caption | Volumes/File | Document Number |
|---|---|---|---|---|
| 01-6444 | 97-CV-849-F | Trentadue v. Lee | ROA return: two cassette tapes | 1815129 |
| | | | | |
| | | | | |

**Signature:** _____