IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ESTATE OF KENNETH MICHAEL TRENTADUE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. ) | Case No. CIV-97-849-L |

## FINAL JUDGMENT ON REMAND

In accordance with the Tenth Circuit Court of Appeal's order on remand and the court's order of this date, judgment is hereby entered as follows:

On plaintiffs' claim for intentional infliction of emotional distress, judgment is entered in favor of plaintiffs and against defendant United States of America as follows:

a. Carmen Aguilar Trentadue, wife of Trentadue, shall recover the amount of $250,000.00 ;

b. Wilma Lou Trentadue, mother of Trentadue, shall recover the amount of $200,000.00;

c. The Estate of Jesse James Trentadue, father of Trentadue, shall recover the amount of $50,000.00;

    d.  Donna Trentadue Sweeney, Trentadue's sister, shall recover the amount of $200,000.00;

    e. Lee Frederick Trentadue, brother of Trentadue, shall recover the amount of $200,000.00;

    f.  Jesse C. Trentadue, brother of Trentadue, shall recover the amount of $200,000.00.

In further keeping with the order of the Tenth Circuit on remand, the judgment entered against Stuart Lee is barred under § 2676 of the FTCA. Therefore, the <u>Bivens</u> action against Lee is **DISMISSED**.

**Entered this  19th  day of September, 2005.**

*/s/ Tim Leonard*

TIM LEONARD
United States District Judge